```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 28706
   JACK MAXIE
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-4313


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 08/03/2004 and was confirmed 09/27/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 09/10/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
BAY VIEW BANKAUTO FINANC  SECURED             6575.00        282.82       6575.00
BAY VIEW BANKAUTO FINANC  UNSEC W/INTER        6921.09        639.53       6921.09
CHARTER ONE BANK          CURRENT MORTG            .00           .00           .00
HINSDALE BANK & TRUST     SECURED              2000.00         84.91       2000.00
SHERMAN ACQUISITION       UNSEC W/INTER        1123.06        103.83       1123.06
PEOPLES GAS LIGHT & COKE  UNSEC W/INTER            .00           .00           .00
SEARS ROEBUCK & CO        UNSEC W/INTER NOT FILED               .00           .00
SHELL OIL CO              UNSEC W/INTER NOT FILED               .00           .00
SPRINT                    UNSEC W/INTER NOT FILED               .00           .00
VERIZON NORTH             UNSEC W/INTER NOT FILED               .00           .00
HINSDALE BANK & TRUST     COST OF COLLE            .00           .00           .00
HINSDALE BANK & TRUST     UNSEC W/INTER          42.89         24.55         42.89
PETER FRANCIS GERACI      DEBTOR ATTY         2,200.00                    2,200.00
TOM VAUGHN                TRUSTEE                                         1,109.68
DEBTOR REFUND             REFUND                                              6.81

       Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                  21,114.17

PRIORITY                                              .00
SECURED                                          8,575.00
    INTEREST                                       367.73
UNSECURED                                        8,087.04
    INTEREST                                       767.91
ADMINISTRATIVE                                   2,200.00
TRUSTEE COMPENSATION                             1,109.68
DEBTOR REFUND                                        6.81
                         --------------     --------------
TOTALS                   21,114.17              21,114.17

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 28706 JACK MAXIE
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 02/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE